UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____


OCT 0 5 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Darrell Frank Carter )
4825 East Andrew Johnson Hwy )
Greeneville, TN 37745 )
Name of plaintiff (s) )
 )
v. )  Case No. 2:21-CV-151
 )  (to be assigned by Clerk)
see attachment )
 )  Varlan/Wyrick
 )
_____ )
 )
_____ )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

All Applied laws of the United States of America in total of The Constitution of The United States of America

2. Plaintiff, Darrell F. Carter resides at 4825 East Andrew Johnson Hwy Greeneville
street address / city
Greene , TN , 37745 , 423-384-1931
county     state     zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __see attachment__ lives at, or its business is located at

_____, _____,
  street address                city

_____, _____, _____.
  county                state                zip code

(if more than one defendant, provide the same information for each defendant below)

__see attachment__

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

all monies due in lieu of all losses and damages. Ceasement and Desistment of all unlawful conduct. Full restoration immediately. Revocation of ALL Power of Attorney documents. Removal of ALL implants. No surveilling or monitoring of any and all foms of surveillance. No medications. Restoration of driving privelege. Due to targeting.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

  a. USAA - $15,000 rental property loss, $10,000 damages $35,000 or new vehicle replacement, $25,000 pain & suffering
  b. All parties: $100,000 punitive damages
  c. Congress of The United States of America: $158,700 backpay advance, $350,000 total damages, pay allowances
  d. Government card for emergency expense

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  5th  day of  October , 20 21 .

Darrell Frank Carter
— sole person —

Signature of plaintiff(s)

Darrell Frank Carter
4825 East Andrew Johnson HWY
Greeneville, Tennessee 37745

3

DEFENDANTS ADDRESS INFORMATIN

1. CHISHOLM, CHISHOLM & KILPATRICK
   321 South Main Street #200
   Providence, Rhode Island 02903
   Phone: 401-406-4167

2. USAA
   9800 FREDERICKSBURG ROAD
   SAN ANTONIO, TEXAS 78288
   Phone: 1-800-531-8722

3. DEPARTMENT OF VETERANS AFFAIRS
   810 Vermont Avenue NW
   Washington, D.C. 20571
   Phone: 1-800-827-1000

4. 117th CONGRESS OF THE UNITED STATES OF AMERICA
   217 Ford House Office Building
   Washington, D.C. 20515
   Phone: 202-224-3121