UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DARRELL FRANK CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:21-cv-151-TAV-CRW |
| | ) | |
| CHISHOLM, CHISHOLM | ) | |
| & KILPATRICK, | ) | |
| USAA, | ) | |
| DEPARTMENT OF | ) | |
| VETERANS AFFAIRS, and | ) | |
| 117TH CONGRESS OF THE | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick, on October 28, 2021 [Doc. 4]. In the R&R, Judge Wyrick recommends that the Court dismiss plaintiff's complaint as frivolous [Doc. 4]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Judge Wyrick's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 4]. Plaintiff's complaint is hereby

**DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2